# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENRIQUE REYES ANAYA and CONSTANTINO PEREZ DOMINGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>APNA GROCERY LLC d/b/a APNA BAZAR CASH & CARRY, KHADAG SINGH, and DALBIR SINGH,<br><br>Defendants. | Civil Action No.: 2:23-CV-22324-MEF-JBC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Scott A. Sears, Esq. of the law firm of Archer & Greiner, P.C., hereby appears in the above-captioned case as counsel for Defendants, APNA Grocery LLC d/b/a APNA Bazar Cash & Carry, Khadag Singh, and Dalbir Singh (collectively "Defendants"), and requests that all notices and all papers served or required to be served in this case be given to and served upon the following:

Scott A. Sears, Esq.
**ARCHER & GREINER, P.C.**
21 Main Street – Suite 353
Hackensack, New Jersey 07601
(201) 753-7002
(201) 342-6611 (Fax)
ssears@archerlaw.com
*Attorneys for Defendants*
*APNA Grocery LLC d/b/a APNA Bazar Cash & Carry,*
*Khadag Singh, and Dalbir Singh*

Dated: December 15, 2023

By: */s/ Scott A. Sears*
     SCOTT A. SEARS